|    |    |    |
|----|----|----|
| 1  | **WILSHIRE LAW FIRM** | |
| 2  | Bobby Saadian, SBN 250377 | |
|    | 3055 Wilshire Blvd., 12th Floor | |
| 3  | Los Angeles, California 90010 | |
| 4  | Telephone: (213) 381-9988 | |
|    | Facsimile: (213) 381-9989 | |
| 5  | bobby@wilshirelawfirm.com | |
| 6  | | |
|    | **JPG LAW APC** | |
| 7  | J. Paul Gignac, SBN 125676 | |
| 8  | 15 W. Carrillo Street, Suite 246 | |
|    | Santa Barbara, California 93101 | |
| 9  | Telephone: (805) 683-7400 | |
| 10 | Facsimile: (805) 962-0722 | |
|    | jpaulgignac@jpg-law.com | |
| 11 | | |
| 12 | Attorneys for Plaintiff | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| 16 | EDWARD FEINSTEIN, individually and on behalf of all others similarly situated, | CASE NO.: 2:18-cv-03351-JFW-FFM |
| 17 | | Honorable John F. Walter |
| 18 | | **NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | | |
| 22 | v. | |
| 23 | | |
| 24 | FOUR SEASONS HOTELS LIMITED, a Canadian Corporation; and DOES 1 to 10, inclusive, | |
| 25 | | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

NOTICE OF APPEAL

1  Notice is hereby given that Plaintiff in the above-captioned matter,
2  Edward Feinstein, on behalf of themselves and as representatives of the class,
3  hereby appeal to the United States Court of Appeals for the Ninth Circuit from
4  this Court's Order Granting Defendants' Motion to Dismiss [Doc No. 47],
5  entered in this action on August 23, 2018 and attached hereto as **Exhibit A**.
6  Plaintiff's Representation Statement in connection with Notice of Appeal is
7  attached as **Exhibit B**.

9  Dated: September 14, 2018        RESPECTFULLY SUBMITTED

11                                  /s/ Bobby Saadian
                                    Bobby Saadian

NOTICE OF APPEAL