UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EDWARD FEINSTEIN, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

 v.

FOUR SEASONS HOTELS LIMITED, a Canadian corporation and DOES, 1 to10, inclusive,

        Defendants - Appellees.

No. 18-56225

D.C. No. 2:18-cv-03351-JFW-FFM
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered May 22, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7